**Order filed, June 20, 2014.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-14-00319-CV

————————

**PNS STORES, INC., Appellant**

**V.**

**RENE MUNGUIA, Appellee**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2012-06825**

---

## ORDER

The reporter's record in this case was due **June 02, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michelle Tucker and Patricia Palmer**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM